**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **A. CHARLES PERUTO, JR.** *Plaintiff,* | |
| v. | CIVIL ACTIONS |
| **HOO IN KIM; ELI HOLZMAN; PATRICK REARDON; JOSH MILLER; IPC TELEVISION, LLC; AMAZON ALTERNATIVE, LLC; and ROC NATION, LLC**, *Defendants.* | NO. 18-cv-4468 (GAM) and No. 18-CV-4818 (GAM) |

**DISCLOSURE PURSUANT TO
COURT ORDER OF JANUARY 23, 2019 (ECF No. 46)**

Pursuant to the Court's January 23, 2019, Order at paragraph 1, and consistent with prior confirmation by the defense,[1] the individual with the last name of Kim is Janet Kim.

**JOKELSON LAW GROUP, P.C.**

By:     s/Derek E. Jokelson
Derek E. Jokelson, Esquire
230 S. Broad Street, 10th Floor
Philadelphia, Pa. 19102
(215) 735-7556

By:     s/Cameron Stracher
1178 Broadway, Suite 330
New York, NY 10001
(212) 992-3850

*Attorneys for Defendants IPC Television, LLC, Hoo In Kim,and Eli Holzman*

Date: January 25, 2019

---

[1] *See, e.g.* Hoo In Kim's January 9, 2019 Reply Memorandum (18-cv-4468 Doc. 36), *passim*; January 11, 2019 transcript (18-cv-4468 Doc. 45) at 14:10 to 14:13 (counsel for IPC stating "I don't believe that there's a dispute that someone named Janna [sic] Kim was involved in setting up the interview. And I believe went to Mr. Peruto's office; I'm not sure that she was in the room during the interview, itself.").

1

**CERTIFICATE OF SERVICE**

I, Derek E. Jokelson, hereby certify that on January 25, 2019, I caused a true and correct copy of the foregoing *Disclosure* to be served *via* the Court's electronic filing system on the following:

*Via ECF*
James E. Beasley, Jr., Esquire
Louis F. Tumolo, Esquire
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
*Attorneys for Plaintiff A. Charles Peruto, Jr.*

*Via ECF*
Joshua M. Peles, Esquire
Reed Smith LLP
1717 Arch St Suite 3100
Philadelphia, Pa 19103
215-851-8287
*Attorney for Roc Nation, LLC and Patrick Reardon*

*Via ECF*
Michael Berry, Esquire
Elizabeth Seidlin-Bernstein
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Attorneys for Amazon Digital Services, LLC and Josh Miller*

**JOKELSON LAW GROUP, P.C.**

By:  s/Derek E. Jokelson
DEREK E. JOKELSON, ESQUIRE
Attorney I.D. No. 81047
230 S. Broad Street
10th Floor
Philadelphia, PA 19102
215-735-7556

*Attorney for Defendants IPC Television, LLC, Hoo In Kim, and Eli Holzman*