# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A. CHARLES PERUTO, JR. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-4468 |
| | : | |
| ROC NATION, LLC, ET AL. | : | |

| | | |
|---|---|---|
| A. CHARLES PERUTO, JR. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-4818 |
| | : | |
| ROC NATION, LLC, ET AL. | : | |

## ORDER

This 6th day of February, 2019, it is hereby **ORDERED** that Plaintiff's Motion for an Expedited Status Conference Pursuant to Rule 16(A) of the Federal Rules of Civil Procedure (Doc #50) is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge