# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. CHARLES PERUTO, JR., : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 18-4468 |
| : | No. 18-4818 |
| ROC NATION, ET AL., : | |
| Defendants. : | |

## ORDER

This 12th day of February, 2019, it is hereby **ORDERED** that Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 27) and Motion to Dismiss for Failure to State a Claim (ECF No. 28) are **DENIED** as moot. Plaintiff has since filed a Second Amended Complaint (ECF No. 49), which Defendants have moved to dismiss.

      /s/ Gerald Austin McHugh
United States District Judge