JOKELSON LAW GROUP, P.C.
ATTORNEYS AT LAW
230 South Broad St., 10ᵗʰ Fl.
Philadelphia, PA 19102
———
Tel. (215) 735-7556
Fax (215) 985-0476

David E. Jokelson
Derek E. Jokelson
Debra M. Jokelson*

Derek E. Jokelson
*DEJ@Jokelson.com*

May 7, 2019

**VIA ELECTRONIC MAIL AND ECF**
Chambers of The Honorable Gerald A. McHugh
United States District Court
for the Eastern District of Pennsylvania
601 Market Street, Room 9613
Philadelphia, PA 19106

> Re:   **Peruto v. Janet Kim, et al.**
>        **Case Nos. 18-cv-4468 and 18-cv-4818**

Dear Judge McHugh:

I enclose the expert report of Catalin Grigoras and Jeff Smith regarding the authenticity and completeness of the May 30, 2018, audio and video recordings of Plaintiff at issue in this case. Their summary and conclusions appear on pages 7 and 8 of the report.

Respectfully,

Derek E. Jokelson
*Counsel for Janet Kim,*
*Eli Holzman and IPC Television, LLC*

cc:   All counsel (*Via Email and ECF*)

1  Catalin GRIGORAS, Ph.D.
2  catalin@mda4n6.com
3  +1-720-412-3340
4
5  Jeff SMITH
6  jeff@mda4n6.com
7  +1-303-903-9959
8
9                **Report regarding forensic media authentication**
10
11 May 6, 2019
12
13 To:  Counsels for the Plaintiff and Defense in
14      Peruto v. Kim, et al
15      U.S.D.C. E.D.Pa 18-cv-4468 GAM &
16      U.S.D.C. E.D.Pa 18-cv-4818 GAM
17
18 This report contains details in the analysis of three media files.
19 Each file was received by FMS, Ltd either by electronic transfer
20 or delivery of physical media upon which the hashes below were
21 confirmed substantiating digital evidence integrity.
22
23 Filename:    **CHUCK_PERUTO_INTERVIEW_053018.mp4**
24 Delivery Description: digital download from the following link
25 provided by IPC Productions http://qlnk.io/ql/5cb0ea2be4b0573f512f78c0
26 on April 15, 2019
27 SHA3-256:
28 e2a19d611b83957405715f0b280f0bb2f81611f19fcd3d9402194288b9f8e9dc
29
30
31
32

33  Filename:     **B008C033_180530_R0X4.mov**

34  Delivery Description: forensically transferred from G Drive

35  Thunderbolt 3 raid drive on April 17, 2019

36  SHA3-256:

37  114ea946fe72b4c89b9c18db17dab657af0073d76aae56b28290e5be4ebe6999

38

39  Filename:     **INTPERUTOT01.WAV**

40  Delivery Description: forensically transferred from G Drive

41  Thunderbolt 3 raid drive on April 17, 2019

42  SHA3-256:

43  906425ef7c92db2fb639ccf07f7be8b7dff7b7348fecbc36342cd1a88cb3ee33

44

45  The forensic analysis was carried out in order to answer the

46  following questions:

47  1. Are the audio and video file(s) defendant IPC produced

48      (represented to be in their native format) consistent with

49      original audio and video files? Referring to the following

50      files:

51          a. B008C033_180530_R0X4.mov

52          b. INTPERUTOT01.WAV

53  2. Does the Combined File accurately reflect the content of the

54      audio and video files addressed in 1 above? Referring to the

55      following file as the "Combined File":

56          a. CHUCK_PERUTO_INTERVIEW_053018.mp4

57  3. Does the Arri ALEXA Mini camera have audio recording

58      capabilities? If yes, was audio recorded using the Arri ALEXA

59      Mini camera during the subject interview on 30 May 2018? If

60      not, how is this determined?

61  4. How many channels of audio can the Sound Device 633 capture

62      at one time?

63  5. How many channels of audio was the Sound Device 633 recording

64      during the subject interview on 30 May 2018?

In order to answer these questions, the following reference
recordings were collected on May 2, 2019 from the recording
equipment known to have been used for recording the subject
interview on May 30, 2018:

- B013C001_190502_R0X4.mov
    o Arri Alexa Mini camera
    o serial number 21192
- VOT05.wav
    o Sound Devices 633 sound recorder
    o serial number LL0515098012

During the collection of reference recordings, great care was taken
to ensure that the same equipment configurations and settings were
used on both Arri and Sound Devices equipment as was used during
the May 30, 2018 subject interview.

The Conclusion section of this report provides answers to the five
aforementioned questions.

**1. Structure and Format Analysis**

The comparison analysis of evidence "INTPERUTOT01.wav" and
reference "VOT05.WAV" files show consistent audio formats and
file structures as seen in Tables 1, 2, and 3.

The comparison analysis of evidence "B008C033_180530_R0X4.mov"
and reference "B013C001_190502_R0X4.mov" files show consistent
video formats and file structures as presented in Tables 4 and
5. Additionally, a frame level metadata extraction using Arri
MetaExtract v3.5.3.3 software was carried out between these two
files and revealed consistent frame level metadata structures.

96

97 The evidence file "CHUCK_PERUTO_INTERVIEW_053018.mp4" has a

98 different file structure and audio/video formats than the

99 "INTPERUTOT01.wav" and "B008C033_180530_R0X4.mov" evidence files

100 as shown in Table 6. The audio and video streams in this file

101 are transcoded from their original formats.

102

103 **2. Date / Time Analysis**

104 An analysis was conducted of the Embedded timestamps found

105 within each file's metadata.

106

107 The embedded date/timestamps

| # | Evidence file | Encoded date | Tagged date | Explanation |
|---|---------------|--------------|-------------|-------------|
| 1 | INTPERUTOT01.wav | 2018-05-30 18:58:14 (N/A*) | N/A | No Tagged date present as is consistent with reference recording VOT05.WAV |
| 2 | B008C033_180530_R0X4.mov | 2018-05-30 18:53:34 (UTC) | 2018-05-30 19:19:53 (UTC) | Difference between Encoded and Tagged dates is consistent with the duration of the video (26min18sec) |
| 3 | CHUCK_PERUTO_INTERVIEW_053018.mp4 | 2018-10-31 01:56:04 (UTC) | 2018-10-31 01:56:04 (UTC) | Encoded and Tagged dates are the same as would be expected for transcoded video files |

108    * Time coordinates are not embedded in the WAV file's metadata.
109 According to the Sound Devices 633 internal clock obtained on May 2nd,
110                    2019 the date/time settings are EST

111   **3. Audio/Video analysis**
112   Forensic audio analysis of the evidence files was carried out
113   with respect to best practices (see References section) which
114   entails testing evidence recording properties against known
115   data. The known data in this case is "VOT05.WAV", which will
116   also be referred to as "reference audio recording".
117
118   Time domain analyses - Time domain analyses of the evidence
119   revealed no unexplainable discontinuities or events.
120
121   At about 26 min 03.773 sec from the beginning of the evidence
122   recording "INTPERUTOT01.WAV" the left channel level decreases
123   indicating that most probably the power of the microphone (BOOM
124   according to the format analysis) was switched off. The right
125   channel level does not decrease until the end of the recording
126   at 29 min 51.789 sec, indicating that the power of the right
127   channel microphone (Lavalier according to the format analysis)
128   was not switched off (See Section 7, Figure 1).
129
130   The comparison analysis between the two audio channels of
131   "CHUCK_PERUTO_INTERVIEW_053018.mp4" revealed it to be double-
132   mono, meaning the left and right channels contain the same
133   information. Therefore, only the left channel was used for
134   Frequency and MDCT analyses (below).
135
136   The waveform   and   critical   listening   comparison   of   the
137   "INTPERUTOT01.WAV"      and      the      audio      signal      from
138   "CHUCK_PERUTO_INTERVIEW_053018.mp4" indicate that:
139       - "CHUCK_PERUTO_INTERVIEW_053018.mp4" audio signal is delayed
140         for about 23 sec at the beginning of the recording;
141       - "CHUCK_PERUTO_INTERVIEW_053018.mp4"   audio   signal   is   an

142     amplified version of audio signal "INTPERUTOT01.WAV";

143     - They contain the same dialogue.

144 Figure 1 shows the waveform comparison between "INTPERUTOT01.WAV"

145 and "CHUCK_PERUTO_INTERVIEW_053018.mp4" audio signals.

146

147 Frequency domain and MDCT analyses (See Section 7, Figures) -

148 The Power Spectral Density (PSD), Long Term Average Spectrum

149 (LTAS), Long Term Average Sorted Spectrum (LTASS), Audio

150 Compression Level (ACL), and Modified Discrete Cosine Transform

151 (MDCT) analyses of the evidence "INTPERUTOT01.WAV" revealed no

152 traces of previous lossy compression. Theses analyses, displayed

153 in Figures 2-7, along with analyses of the reference audio

154 recording in Figure 8-13 support the hypothesis that the

155 evidence file is consistent with an original Sound Devices 633

156 WAV PCM 48 kHz, 24 bit, stereo recording.

157

158 Photo Response Non-Uniformity (PRNU) analysis - The analytical

159 comparison of the evidence "B008C033_180530_R0X4.mov" to the

160 reference "B013C001_190502_R0X4.mov" Photo Response Non-

161 Uniformities generated a Logarithmic Likelihood Ratio (LLR)

162 value of 48.5914 with an Error rate of 1.5763e-12%. This can be

163 interpreted as follows:

164     o It is $10^{48.5914}$ times more likely that the evidence video

165         "B008C033_180530_R0X4.mov" was recorded with the Arri

166         Alexa Mini camera, serial number 21192 than the evidence

167         video was recorded with another camera.

168     o The PRNU analysis LLR=48.5914 supports the hypothesis

169         that the evidence video "B008C033_180530_R0X4.mov" was

170         recorded with the Arri Alexa Mini camera, serial number

171         21192.

172

173

## 4. Summary

Analyses of the evidence and reference files created with the provided recording equipment revealed the following:

a) The evidence file "INTPERUTOT01.WAV" is consistent with an original Sound Devices 633 recording.

b) The evidence recording "B008C033_180530_R0X4.mov" is consistent with an original recording created with Arri Alexa Mini camera, serial number 21192.

c) The Combined File "CHUCK_PERUTO_INTERVIEW_053018.mp4" has audio and video streams originated from the B008C033_180530_R0X4.mov and INTPERUTOT01.WAV evidence files. Even though they are recompressed into different formats, their content accurately reflects the dialogue recorded in the original evidence files.

d) According to the User's Manual the Alexa Mini accepts two audio channels through one single 5-pin Lemo connector on the front of the camera.

e) During the subject interview on May 30, 2018, the Arri ALEXA Mini camera did not record audio. We know this because the structure analysis of video file "B008C033_180530_R0X4.mov" shows that the audio recording feature was disabled. Also the format analysis of video file "B008C033_180530_R0X4.mov" shows no audio data.

f) The audio was recorded with a Sound Devices 633 equipment. This was determined by analyzing the "B008C033_180530_R0X4.mov" video, "INTPERUTOT01.WAV" audio file, and the recording devices.

g) The Sound Device 633 has three XLR-3F inputs and three TA3 analog line inputs and can record up to 10-tracks (channels) at one time.

204   h) During the subject interview on May 30, 2018, the Sound
205       Devices 633 recorded two audio channels.
206

**5. Conclusion**

208   Based on these observations, the initial questions can be
209   addressed with answers as follows:
210   1) The evidence file "INTPERUTOT01.WAV" is consistent with an
211       original Sound Devices 633 recording. The evidence
212       recording "B008C033_180530_R0X4.mov" is consistent with an
213       original Arri ALEXA Mini recording.
214

215   2) The Combined File "CHUCK_PERUTO_INTERVIEW_053018.mp4"
216       accurately reflects the dialogue recorded in the
217       "INTPERUTOT01.WAV" and "B008C033_180530_R0X4.mov" evidence
218       files in a recompressed file.
219

220   3) The Alexa Mini accepts two channels of audio, through one
221       single 5-pin Lemo connector on the front of the camera.
222

223       The audio was not recorded using the Arri ALEXA Mini
224       camera. The audio was recorded with a Sound Devices 633
225       equipment. This was determined by analyzing the
226       "B008C033_180530_R0X4.mov" video, "INTPERUTOT01.WAV" audio
227       file, and the recording devices.
228

229   4) The Sound Device 633 has three XLR-3F inputs and three TA3
230       analog line inputs, and can record up to 10-track
231       (channels) at one time.
232

233   5) The Sound Devices 633 recorded two audio channels.
234

235
236   Respectfully submitted,
237
238   _____
239        Catalin GRIGORAS
240          05/06/2019
241
242
243   _____
244        Jeff SMITH
245          05/06/2019

246  **6. Tables**

247

248  Table 1. Audio Format Comparison Analysis

| Evidence: INTPERUTOT01.wav | Reference: VOT05.WAV (EST) |
|---|---|
| General | General |
| Format            : Wave | Format            : Wave |
| File size     : 492 MiB | File size     : 6.05 MiB |
| Duration      : 29 min 51 s | Duration      : 22 s 21 ms |
| Overall bit rate mode: Constant | Overall bit rate mode: Constant |
| Overall bit rate  : 2 304 kb/s | Overall bit rate  : 2 306 kb/s |
| Producer      : Sound Dev: Mix633 S#**LL0515098012** | Producer      : Sound Dev: Mix633 S#LL0515098012 |
| Description   : sSPEED=023.976-ND | Description   : sSPEED=023.976-ND |
|                  sTAKE=01 |                  sTAKE=05 |
|                  sUBITS=$00000000 |                  sUBITS=$00000000 |
|                  sSWVER=4.51.01 |                  sSWVER=4.51.01 |
|                  sSCENE=INTPERUTO |                  sSCENE=VO |
|                  sFILENAME=INTPERUTOT01.WAV |                  sFILENAME=VOT05.WAV |
|                  sTAPE=18Y05M30 |                  sTAPE=19Y05M02 |
|                  sCIRCLED=FALSE |                  sCIRCLED=FALSE |
|                  sTRK3=Boom 1 |                  sTRK3=BOOM |
|                  sTRK4=LAV1 |                  sTRK4=LAV1 |
|                  sNOTE= |                  sNOTE= |
| Encoded date  : 2018-05-30 18:58:14 | Encoded date  : 2019-05-02 14:26:06 |
| Encoding settings : A=PCM | Encoding settings : A=PCM |
|                  F=48000 |                  F=48000 |
|                  W=24 |                  W=24 |
|                  M=stereo |                  M=stereo |
|                  R=48000 |                  R=48000 |
|                  T=2 Ch |                  T=2 Ch |
| Producer_Reference : USSDV**LL0515098012**180530Iw71XT 11 | Producer_Reference : USSDV**LL0515098012**190502EQ31p6 01 |
| Audio | Audio |
| Format            : PCM | Format            : PCM |
| Format settings  : Little / Signed | Format settings  : Little / Signed |
| Codec ID      : 1 | Codec ID      : 1 |
| Duration      : 29 min 51 s | Duration      : 22 s 21 ms |
| Bit rate mode   : Constant | Bit rate mode   : Constant |
| Bit rate      : 2 304 kb/s | Bit rate      : 2 304 kb/s |
| Channel(s)    : 2 channels | Channel(s)    : 2 channels |
| Sampling rate   : 48.0 kHz | Sampling rate   : 48.0 kHz |
| Bit depth     : 24 bits | Bit depth     : 24 bits |
| Stream size   : 492 MiB (100%) | Stream size   : 6.05 MiB (100%) |

249

250   Table 2. Audio Structure Comparison Analysis

| Evidence: INTPERUTOT01.wav | Reference: VOT05.WAV (EST) |
|---|---|
| Ofs: 0 => RIFF | Ofs: 0 => RIFF |
| Ofs: 8 => WAVE | Ofs: 8 => WAVE |
| Ofs: C => bextZ | Ofs: C => bextZ |
| Ofs: 14 => sSPEED | Ofs: 14 => sSPEED |
| Ofs: 27 => sTAKE | Ofs: 27 => sTAKE |
| Ofs: 31 => sUBITS | Ofs: 31 => sUBITS |
| Ofs: 43 => sSWVER | Ofs: 43 => sSWVER |
| Ofs: 53 => sSCENE | Ofs: 53 => sSCENE |
| Ofs: 65 => sFILENAME | Ofs: 5E => sFILENAME |
| Ofs: 81 => sTAPE | Ofs: 73 => sTAPE |
| Ofs: 91 => sCIRCLED | Ofs: 83 => sCIRCLED |
| Ofs: A1 => sTRK3 | Ofs: 93 => sTRK3 |
| Ofs: AF => sTRK4 | Ofs: 9F => sTRK4 |
| Ofs: BB => sNOTE | Ofs: AB => sNOTE |
| Ofs: 114 => Sound Dev | Ofs: 114 => Sound Dev |
| Ofs: 11F => Mix633 | Ofs: 11F => Mix633 |
| Ofs: 26E => A=PCM | Ofs: 26E => A=PCM |
| Ofs: 274 => F=48000 | Ofs: 274 => F=48000 |
| Ofs: 27C => W=24 | Ofs: 27C => W=24 |
| Ofs: 281 => M=stereo | Ofs: 281 => M=stereo |
| Ofs: 28A => R=48000 | Ofs: 28A => R=48000 |
| Ofs: 292 => T=2 Ch | Ofs: 292 => T=2 Ch |
| Ofs: 36F => XML | Ofs: 36F => XML |
| Ofs: 17E0 => fmt | Ofs: 17E0 => fmt |
| Ofs: 17F8 => data | Ofs: 17F8 => data |

251

252   Table 3.1. Audio Structure Comparison Analysis (XML, eXtensible Markup Language)

```
                              Evidence: INTPERUTOT01.wav
<BWFXML>
        <IXML_VERSION>1.5</IXML_VERSION>
        <PROJECT>AMD</PROJECT>
        <SCENE>INTPERUTO</SCENE>
        <MEDIA_ID>5919</MEDIA_ID>
        <TAKE>01</TAKE>
        <TAPE>18Y05M30</TAPE>
        <CIRCLED>FALSE</CIRCLED>
        <UBITS>00000000</UBITS>
        <FILE_UID>USSDVLL0515098012180530Iw71XT 11</FILE_UID>
        <NOTE></NOTE>
        <SPEED>
                <NOTE></NOTE>
                <MASTER_SPEED>24000/1001</MASTER_SPEED>
                <CURRENT_SPEED>24000/1001</CURRENT_SPEED>
                <TIMECODE_FLAG>NDF</TIMECODE_FLAG>
                <TIMECODE_RATE>24000/1001</TIMECODE_RATE>
                <FILE_SAMPLE_RATE>48000</FILE_SAMPLE_RATE>
                <AUDIO_BIT_DEPTH>24</AUDIO_BIT_DEPTH>
                <DIGITIZER_SAMPLE_RATE>48000</DIGITIZER_SAMPLE_RATE>
                <TIMESTAMP_SAMPLE_RATE>48000</TIMESTAMP_SAMPLE_RATE>
                <TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_HI>0000000000</TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_HI>
                <TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_LO>3280621345</TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_LO>
        </SPEED>
        <HISTORY>
                <ORIGINAL_FILENAME>INTPERUTOT01.WAV</ORIGINAL_FILENAME>
                <CURRENT_FILENAME>INTPERUTOT01.WAV</CURRENT_FILENAME>
        </HISTORY>
        <FILE_SET>
                <TOTAL_FILES>1</TOTAL_FILES>
                <FAMILY_UID>USSDVLL0515098012180530Iw71XT 0</FAMILY_UID>
                <FILE_SET_INDEX>A</FILE_SET_INDEX>
        </FILE_SET>
        <TRACK_LIST>
```

```
                <TRACK_COUNT>2</TRACK_COUNT>
                <TRACK>
                        <CHANNEL_INDEX>3</CHANNEL_INDEX>
                        <INTERLEAVE_INDEX>1</INTERLEAVE_INDEX>
                        <NAME>Boom 1</NAME>
                </TRACK>
                <TRACK>
                        <CHANNEL_INDEX>4</CHANNEL_INDEX>
                        <INTERLEAVE_INDEX>2</INTERLEAVE_INDEX>
                        <NAME>LAV1</NAME>
                </TRACK>
        </TRACK_LIST>
</BWFXML>
```

253

254  Table 3.2. Audio Structure Comparison Analysis (XML, eXtensible Markup Language)

```
                          Reference: VOT05.WAV (EST)
<BWFXML>
        <IXML_VERSION>1.5</IXML_VERSION>
        <PROJECT>CEDAR</PROJECT>
        <SCENE>VO</SCENE>
        <MEDIA_ID>7012</MEDIA_ID>
        <TAKE>05</TAKE>
        <TAPE>19Y05M02</TAPE>
        <CIRCLED>FALSE</CIRCLED>
        <UBITS>00000000</UBITS>
        <FILE_UID>USSDVLL0515098012190502EQ31p6 01</FILE_UID>
        <NOTE></NOTE>
        <SPEED>
                <NOTE></NOTE>
                <MASTER_SPEED>24000/1001</MASTER_SPEED>
                <CURRENT_SPEED>24000/1001</CURRENT_SPEED>
                <TIMECODE_FLAG>NDF</TIMECODE_FLAG>
                <TIMECODE_RATE>24000/1001</TIMECODE_RATE>
                <FILE_SAMPLE_RATE>48000</FILE_SAMPLE_RATE>
                <AUDIO_BIT_DEPTH>24</AUDIO_BIT_DEPTH>
```

```
            <DIGITIZER_SAMPLE_RATE>48000</DIGITIZER_SAMPLE_RATE>
            <TIMESTAMP_SAMPLE_RATE>48000</TIMESTAMP_SAMPLE_RATE>
            <TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_HI>0000000000</TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_HI>
            <TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_LO>0006918913</TIMESTAMP_SAMPLES_SINCE_MIDNIGHT_LO>
     </SPEED>
     <HISTORY>
            <ORIGINAL_FILENAME>VOT05.WAV</ORIGINAL_FILENAME>
            <CURRENT_FILENAME>VOT05.WAV</CURRENT_FILENAME>
     </HISTORY>
     <FILE_SET>
            <TOTAL_FILES>1</TOTAL_FILES>
            <FAMILY_UID>USSDVLL0515098012190502EQ31p6 0</FAMILY_UID>
            <FILE_SET_INDEX>A</FILE_SET_INDEX>
     </FILE_SET>
     <TRACK_LIST>
            <TRACK_COUNT>2</TRACK_COUNT>
            <TRACK>
                   <CHANNEL_INDEX>3</CHANNEL_INDEX>
                   <INTERLEAVE_INDEX>1</INTERLEAVE_INDEX>
                   <NAME>BOOM</NAME>
            </TRACK>
            <TRACK>
                   <CHANNEL_INDEX>4</CHANNEL_INDEX>
                   <INTERLEAVE_INDEX>2</INTERLEAVE_INDEX>
                   <NAME>LAV1</NAME>
            </TRACK>
     </TRACK_LIST>
</BWFXML>
```

255

256

257

258

259

260

261   Table 4. Video Format Comparison Analysis

| Evidence: B008C033_180530_R0X4.mov | Reference: B013C001_190502_R0X4.mov (EST) |
|---|---|
| General | General |
| Format                           : MPEG-4 | Format                           : MPEG-4 |
| Format profile                   : QuickTime | Format profile                   : QuickTime |
| Codec ID                         : qt   2005.03 (qt  /ARRI) | Codec ID                         : qt   2005.03 (qt  /ARRI) |
| File size                        : 129 GiB | File size                        : 119 GiB |
| Duration                         : 26 min 18 s | Duration                         : 26 min 19 s |
| Overall bit rate mode            : Variable | Overall bit rate mode            : Variable |
| Overall bit rate                 : 702 Mb/s | Overall bit rate                 : 646 Mb/s |
| Encoded date                     : UTC 2018-05-30 18:53:34 | Encoded date                     : UTC 2019-05-02 15:41:38 |
| Tagged date                      : UTC 2018-05-30 19:19:53 | Tagged date                      : UTC 2019-05-02 16:07:57 |
| Writing library                  : Apple QuickTime | Writing library                  : Apple QuickTime |
| Media/UUID                       : 943D97D7-A647-49EE-8135-0C1A76AFBDF2 | Media/UUID                       : 07DA8A9A-6127-4975-91C2-8E83F87B0363 |
| com.arri.camera.CameraId         : R0X4 | com.arri.camera.CameraId         : R0X4 |
| com.arri.camera.CameraIndex : B | com.arri.camera.CameraIndex : B |
| com.arri.camera.CameraModel               : ARRI ALEXA Mini | com.arri.camera.CameraModel               : ARRI ALEXA Mini |
| com.arri.camera.CameraSerialNumber        : **21192** | com.arri.camera.CameraSerialNumber        : **21192** |
| com.arri.camera.ColorGammaSxS     : LOG-C | com.arri.camera.ColorGammaSxS     : LOG-C |
| com.arri.camera.ExposureIndexAsa  : 800 | com.arri.camera.ExposureIndexAsa  : 800 |
| com.arri.camera.LookFileBurnedIn  : No | com.arri.camera.LookFileBurnedIn  : No |
| com.arri.camera.NdFilterDensity   : 0 | com.arri.camera.NdFilterDensity   : 0 |
| com.arri.camera.NdFilterType      : 0 | com.arri.camera.NdFilterType      : 0 |
| com.arri.camera.ProjectFps        : 23976 | com.arri.camera.ProjectFps        : 23976 |
| com.arri.camera.ReelName          : B008R0X4 | com.arri.camera.ReelName          : B013R0X4 |
| com.arri.camera.SensorFps         : 23976 | com.arri.camera.SensorFps         : 23976 |
| com.arri.camera.ShutterAngle      : 1800 | com.arri.camera.ShutterAngle      : 1800 |
| com.arri.camera.SupVersion        : 5.02.17 | com.arri.camera.SupVersion        : 5.04.13 |
| com.arri.camera.SxsSerialNumber   : 3125617132339000197 | com.arri.camera.SxsSerialNumber   : 3125616132339000050019 |
| com.arri.camera.UserDate          : 20180530 | com.arri.camera.UserDate          : 20190502 |
| com.arri.camera.UserTime          : 18h53m34 | com.arri.camera.UserTime          : 15h41m38 |
| com.arri.camera.WhiteBalanceKelvin : 5600 | com.arri.camera.WhiteBalanceKelvin : 5600 |
| com.arri.camera.WhiteBalanceTintCc : 0 | com.arri.camera.WhiteBalanceTintCc : 0 |
| com.arri.camera.CameraClipName      : B008C033_180530_R0X4.mov | com.arri.camera.CameraClipName      : B013C001_190502_R0X4.mov |
| com.arri.camera.Product           : 2 | com.arri.camera.Product           : 2 |
| com.arri.camera.SubProduct        : 1 | com.arri.camera.SubProduct        : 1 |
| com.arri.camera.look.name         : ARRI 709.AML | com.arri.camera.look.name         : ARRI 709.AML |
| com.arri.camera.look.user_lut     : 0 | com.arri.camera.look.user_lut     : 0 |
| com.apple.proapps.color.asc-cdl   : (Binary) | com.apple.proapps.color.asc-cdl   : (Binary) |
| com.arri.camera.look.lut3d         : (Binary) | com.arri.camera.look.lut3d         : (Binary) |
| com.arri.camera.look.lut3d_with_cdl : (Binary) | com.arri.camera.look.lut3d_with_cdl : (Binary) |
| com.arri.camera.look.video_param_with_ta : (Binary) | com.arri.camera.look.video_param_with_ta : (Binary) |
| com.arri.camera.audio.Configuration   : (Binary) | com.arri.camera.audio.Configuration   : (Binary) |
| com.arri.camera.LensSerialNumber  : 0 | com.arri.camera.LensSerialNumber  : 0 |
| com.arri.camera.UnitPreference    : Imperial | com.arri.camera.UnitPreference    : Imperial |
| com.arri.camera.WbTracking        : 0 | com.arri.camera.WbTracking        : 0 |

```
com.arri.camera.ImageOrientation          : 0          com.arri.camera.ImageOrientation          : 0
com.arri.camera.ImageSharpness             : 0          com.arri.camera.ImageSharpness             : 0
com.arri.camera.ImageDetail                : 0          com.arri.camera.ImageDetail                : 0
com.arri.camera.ImageDenoising             : 0          com.arri.camera.ImageDenoising             : 0
com.arri.camera.DynamicMetadataVersion     : 65536      com.arri.camera.DynamicMetadataVersion     : 65536
com.arri.camera.audio.BluetoothEnabled     : 0          com.arri.camera.audio.BluetoothEnabled     : 0
com.arri.camera.sensor.PhotoSites          : 3200x1800  com.arri.camera.sensor.PhotoSites          : 3200x1800
com.arri.camera.FramelineFileName1         : ARRI 16by9 2.39   com.arri.camera.FramelineFileName1  : ARRI 16by9 2.39
com.arri.camera.FramelineRect1A.Name       : 2.39:1_scaling100%   com.arri.camera.FramelineRect1A.Name : 2.39:1_scaling100%
com.arri.camera.FramelineRect1A.Left       : 0          com.arri.camera.FramelineRect1A.Left       : 0
com.arri.camera.FramelineRect1A.Top        : 230        com.arri.camera.FramelineRect1A.Top        : 230
com.arri.camera.FramelineRect1A.Width      : 3199       com.arri.camera.FramelineRect1A.Width      : 3199
com.arri.camera.FramelineRect1A.Height     : 1338       com.arri.camera.FramelineRect1A.Height     : 1338
com.arri.camera.FramelineRect1A.Type       : 1          com.arri.camera.FramelineRect1A.Type       : 1
com.arri.camera.UserPixelMasking           : 0          com.arri.camera.UserPixelMasking           : 0
com.arri.camera.EfIsActive                 : 0          com.arri.camera.EfIsActive                 : 0
Video                                                   Video
ID                                         : 1          ID                                         : 1
Format                                     : ProRes     Format                                     : ProRes
Format version                             : Version 1  Format version                             : Version 1
Format profile                             : 4444       Format profile                             : 4444
Codec ID                                   : ap4h       Codec ID                                   : ap4h
Duration                                   : 26 min 18 s  Duration                                 : 26 min 19 s
Bit rate mode                              : Variable   Bit rate mode                              : Variable
Bit rate                                   : 702 Mb/s   Bit rate                                   : 646 Mb/s
Width                                      : 3 200 pixels  Width                                    : 3 200 pixels
Clean aperture width                       : 3 200 pixels  Clean aperture width                    : 3 200 pixels
Height                                     : 1 800 pixels  Height                                   : 1 800 pixels
Clean aperture height                      : 1 800 pixels  Clean aperture height                   : 1 800 pixels
Display aspect ratio                       : 16:9       Display aspect ratio                       : 16:9
Clean aperture display aspect ratio        : 16:9       Clean aperture display aspect ratio        : 16:9
Frame rate mode                            : Constant   Frame rate mode                            : Constant
Frame rate                                 : 23.976 (24000/1001) FPS   Frame rate            : 23.976 (24000/1001) FPS
Color space                                : YUV        Color space                                : YUV
Chroma subsampling                         : 4:4:4      Chroma subsampling                         : 4:4:4
Scan type                                  : Progressive  Scan type                                : Progressive
Bits/(Pixel*Frame)                         : 5.082      Bits/(Pixel*Frame)                         : 4.680
Stream size                                : 129 GiB (100%)  Stream size                            : 119 GiB (100%)
Writing library                : Arnold & Richter Cine Technik   Writing library        : Arnold & Richter Cine Technik
Language                                   : English    Language                                   : English
Encoded date                               : UTC 2018-05-30 18:53:34   Encoded date           : UTC 2019-05-02 15:41:38
Tagged date                                : UTC 2018-05-30 19:19:53   Tagged date            : UTC 2019-05-02 16:07:57
Color primaries                            : BT.709     Color primaries                            : BT.709
Transfer characteristics                   : BT.709     Transfer characteristics                   : BT.709
Matrix coefficients                        : BT.709     Matrix coefficients                        : BT.709
Other                                                   Other
ID                                         : 3          ID                                         : 3
Type                                       : Time code  Type                                       : Time code
Format                                     : QuickTime TC   Format                                  : QuickTime TC
Duration                                   : 26 min 18 s  Duration                                 : 26 min 19 s
```

```
Time code of first frame      : 18:57:37:02        Time code of first frame      : 04:58:56:11
Time code, striped            : Yes                Time code, striped            : Yes
Title                         : B008R0X4           Title                         : B013R0X4
Language                      : English            Language                      : English
Encoded date                  : UTC 2018-05-30 18:53:34   Encoded date           : UTC 2019-05-02 15:41:38
Tagged date                   : UTC 2018-05-30 19:19:53   Tagged date            : UTC 2019-05-02 16:07:57
```

262

263   Table 5. Video Structure Comparison Analysis

| Evidence: B008C033_180530_R0X4.mov | Reference: B013C001_190502_R0X4.mov (EST) |
|---|---|
| `[ftyp] size=8+24`<br>`  major_brand = qt`<br>`  minor_version = 20050300`<br>`  compatible_brand = qt`<br>`  compatible_brand = ARRI`<br>`  compatible_brand =`<br>`  compatible_brand =`<br>`[wide] size=8+2097080`<br>`[mdat] size=16+138537861136`<br>`[moov] size=8+893332`<br>`  [mvhd] size=12+96`<br>`    timescale = 24000`<br>`    duration = 37895858`<br>`    duration(ms) = 1578994`<br>`  [trak] size=8+456560`<br>`    [tkhd] size=12+80, flags=f`<br>`      enabled = 1`<br>`      id = 1`<br>`      duration = 37895858`<br>`      width = 3200.000000`<br>`      height = 1800.000000`<br>`    [tapt] size=8+60`<br>`    [edts] size=8+28`<br>`      [elst] size=12+16`<br>`        entry count = 1`<br>`        entry/segment duration = 37895858`<br>`        entry/media time = 0`<br>`        entry/media rate = 1`<br>`    [mdia] size=8+456356`<br>`      [mdhd] size=12+20` | `[ftyp] size=8+24`<br>`  major_brand = qt`<br>`  minor_version = 20050300`<br>`  compatible_brand = qt`<br>`  compatible_brand = ARRI`<br>`  compatible_brand =`<br>`  compatible_brand =`<br>`[wide] size=8+2097080`<br>`[mdat] size=16+127563464720`<br>`[moov] size=8+893344`<br>`  [mvhd] size=12+96`<br>`    timescale = 24000`<br>`    duration = 37896859`<br>`    duration(ms) = 1579036`<br>`  [trak] size=8+456572`<br>`    [tkhd] size=12+80, flags=f`<br>`      enabled = 1`<br>`      id = 1`<br>`      duration = 37896859`<br>`      width = 3200.000000`<br>`      height = 1800.000000`<br>`    [tapt] size=8+60`<br>`    [edts] size=8+28`<br>`      [elst] size=12+16`<br>`        entry count = 1`<br>`        entry/segment duration = 37896859`<br>`        entry/media time = 0`<br>`        entry/media rate = 1`<br>`    [mdia] size=8+456368`<br>`      [mdhd] size=12+20` |

```
        timescale = 24000                              timescale = 24000
        duration = 37895858                            duration = 37896859
        duration(ms) = 1578994                         duration(ms) = 1579035
        language = ```                                 language = ```
      [hdlr] size=12+48                              [hdlr] size=12+48
        handler_type = vide                            handler_type = vide
        handler_name = Apple Video Media Handler       handler_name = Apple Video Media Handler
      [minf] size=8+456256                           [minf] size=8+456268
        [vmhd] size=12+8, flags=1                      [vmhd] size=12+8, flags=1
          graphics_mode = 64                             graphics_mode = 64
          op_color = 0080,0080,0080                      op_color = 0080,0080,0080
        [hdlr] size=12+48                              [hdlr] size=12+48
          handler_type = alis                            handler_type = alis
          handler_name = Apple Alias Data Handler        handler_name = Apple Alias Data Handler
        [dinf] size=8+28                               [dinf] size=8+28
          [dref] size=12+16                              [dref] size=12+16
            [alis] size=8+4                                [alis] size=8+4
        [stbl] size=8+456132                           [stbl] size=8+456144
          [stsd] size=12+1724                            [stsd] size=12+1724
            entry-count = 1                                entry-count = 1
            [ap4h] size=8+1712                             [ap4h] size=8+1712
              data_reference_index = 1                       data_reference_index = 1
          [stts] size=12+12                              [stts] size=12+12
            entry_count = 1                                entry_count = 1
          [stsc] size=12+28                              [stsc] size=12+28
            entry_count = 2                                entry_count = 2
          [stsz] size=12+151440                          [stsz] size=12+151444
            sample_size = 0                                sample_size = 0
            sample_count = 37858                           sample_count = 37859
          [co64] size=12+302868                          [co64] size=12+302876
            entry_count = 37858                            entry_count = 37859
[trak] size=8+624                              [trak] size=8+624
  [tkhd] size=12+80, flags=f                     [tkhd] size=12+80, flags=f
    enabled = 1                                    enabled = 1
    id = 3                                         id = 3
    duration = 37895858                            duration = 37896859
    width = 3200.000000                            width = 3200.000000
    height = 1800.000000                           height = 1800.000000
  [edts] size=8+28                               [edts] size=8+28
    [elst] size=12+16                              [elst] size=12+16
```

```
        entry count = 1                              entry count = 1
        entry/segment duration = 37895858            entry/segment duration = 37896859
        entry/media time = 0                         entry/media time = 0
        entry/media rate = 1                         entry/media rate = 1
   [mdia] size=8+456                             [mdia] size=8+456
     [mdhd] size=12+20                             [mdhd] size=12+20
       timescale = 24000                             timescale = 24000
       duration = 37895858                           duration = 37896859
       duration(ms) = 1578994                        duration(ms) = 1579035
       language = ```                                language = ```
     [hdlr] size=12+48                             [hdlr] size=12+48
       handler_type = tmcd                           handler_type = tmcd
       handler_name = Time Code Media Handler        handler_name = Time Code Media Handler
     [minf] size=8+356                             [minf] size=8+356
       [gmhd] size=8+80                              [gmhd] size=8+80
       [hdlr] size=12+48                             [hdlr] size=12+48
         handler_type = alis                           handler_type = alis
         handler_name = Apple Alias Data Handler       handler_name = Apple Alias Data Handler
       [dinf] size=8+28                              [dinf] size=8+28
         [dref] size=12+16                             [dref] size=12+16
           [alis] size=8+4                               [alis] size=8+4
       [stbl] size=8+164                             [stbl] size=8+164
         [stsd] size=12+60                             [stsd] size=12+60
           entry-count = 1                               entry-count = 1
           [tmcd] size=8+48                              [tmcd] size=8+48
             data_reference_index = 1                      data_reference_index = 1
         [stts] size=12+12                             [stts] size=12+12
           entry_count = 1                               entry_count = 1
         [stsc] size=12+16                             [stsc] size=12+16
           entry_count = 1                               entry_count = 1
         [stsz] size=12+8                              [stsz] size=12+8
           sample_size = 4                               sample_size = 4
           sample_count = 0                              sample_count = 0
         [stco] size=12+8                              [stco] size=12+8
           entry_count = 1                               entry_count = 1
   [udta] size=8+24                              [udta] size=8+24
     [kgtt] size=8+16                              [kgtt] size=8+16
 [meta] size=8+435982                          [meta] size=8+435982
   [hdlr] size=12+20                             [hdlr] size=12+20
     handler_type = mdta                           handler_type = mdta
```

```
    handler_name =                          handler_name =
[keys] size=8+2456                      [keys] size=8+2456
[ilst] size=8+433478                    [ilst] size=8+433478
  [....] size=8+52                        [....] size=8+52
  [....] size=8+20                        [....] size=8+20
  [....] size=8+17                        [....] size=8+17
  [....] size=8+31                        [....] size=8+31
  [....] size=8+21                        [....] size=8+21
  [....] size=8+21                        [....] size=8+21
  [....] size=8+20                        [....] size=8+20
  [....] size=8+18                        [....] size=8+18
  [....] size=8+16                        [....] size=8+16
  [....] size=8+20                        [....] size=8+20
  [....] size=8+20                        [....] size=8+20
  [....] size=8+16                        [....] size=8+16
  [....] size=8+16                        [....] size=8+16
  [....] size=8+16                        [....] size=8+16
  [....] size=8+16                        [....] size=8+16
  [....] size=8+16                        [....] size=8+16
  [....] size=8+16                        [....] size=8+16
  [....] size=8+20                        [....] size=8+20
  [....] size=8+24                        [....] size=8+24
  [....] size=8+20                        [....] size=8+20
  [....] size=8+20                        [....] size=8+20
  [....] size=8+16                        [....] size=8+16
  [....] size=8+23                        [....] size=8+23
  [....] size=8+48                        [....] size=8+48
  [....] size=8+24                        [....] size=8+24
  [....] size=8+24                        [....] size=8+24
  [....] size=8+20                        [....] size=8+20
  [....] size=8+20                        [....] size=8+20
  [....] size=8+40                        [....] size=8+40
  [....] size=8+20                        [....] size=8+20
  [....] size=8+20                        [....] size=8+20
  [... ] size=8+28                        [... ] size=8+28
  [...!] size=8+20                        [...!] size=8+20
  [..."] size=8+60                        [..."] size=8+60
  [...#] size=8+215704                    [...#] size=8+215704
  [...$] size=8+215704                    [...$] size=8+215704
  [...%] size=8+140                       [...%] size=8+140
```

```
        [...&] size=8+16                              [...&] size=8+16
        [...'] size=8+16                              [...'] size=8+16
        [...(] size=8+16                              [...(] size=8+16
        [...)] size=8+140                             [...)] size=8+140
        [...*] size=8+17                              [...*] size=8+17
        [...+] size=8+16                              [...+] size=8+16
        [...,] size=8+24                              [...,] size=8+24
        [...-] size=8+20                              [...-] size=8+20
        [....] size=8+20                              [....] size=8+20
        [.../] size=8+20                              [.../] size=8+20
        [...0] size=8+20                              [...0] size=8+20
        [...1] size=8+20                              [...1] size=8+20
        [...2] size=8+20                              [...2] size=8+20
        [...3] size=8+20                              [...3] size=8+20
        [...4] size=8+25                              [...4] size=8+25
        [...5] size=8+20                              [...5] size=8+20
        [...6] size=8+31                              [...6] size=8+31
        [...7] size=8+34                              [...7] size=8+34
        [...8] size=8+20                              [...8] size=8+20
        [...9] size=8+20                              [...9] size=8+20
        [...:] size=8+20                              [...:] size=8+20
        [...;] size=8+20                              [...;] size=8+20
        [...<] size=8+20                              [...<] size=8+20
        [...=] size=8+20                              [...=] size=8+20
        [...>] size=8+20                              [...>] size=8+20
      [free] size=8+2                               [free] size=8+2
      [udta] size=8+16                              [udta] size=8+16
        [apmd] size=8+4                               [apmd] size=8+4
    [wide] size=8+3300956                          [wide] size=8+3300944
```

264

265

266

267

268

269

270   Table 6. Structure and Format Analysis for "CHUCK_PERUTO_INTERVIEW_053018.mp4"

| Evidence: CHUCK_PERUTO_INTERVIEW_053018.mp4 | |
|---|---|
| Structure | Format |
| [ftyp] size=8+16 | General |
|   major_brand = mp42 | Format                        : MPEG-4 |
|   minor_version = 0 | Format profile                : Base Media / Version 2 |
|   compatible_brand = mp42 | Codec ID                      : mp42 (mp42/mp41) |
|   compatible_brand = mp41 | File size                     : 1.91 GiB |
| [moov] size=8+877051 | Duration                      : 30 min 14 s |
|   [mvhd] size=12+96 | Overall bit rate mode         : Variable |
|     timescale = 90000 | Overall bit rate              : 9 039 kb/s |
|     duration = 163332480 | Encoded date                  : UTC 2018-10-31 01:56:04 |
|     duration(ms) = 1814805 | Tagged date                   : UTC 2018-10-31 01:57:17 |
|   [trak] size=8+471737 | TIM                           : 18:57:35:02 |
|     [tkhd] size=12+80, flags=1 | TSC                           : 23976 |
|       enabled = 1 | TSZ                           : 1000 |
|       id = 1 | |
|       duration = 163329416 | Video |
|       width = 852.000000 | ID                            : 1 |
|       height = 480.000000 | Format                        : AVC |
|     [edts] size=8+28 | Format/Info                   : Advanced Video Codec |
|       [elst] size=12+16 | Format profile                : High@L4.2 |
|         entry count = 1 | Format settings               : CABAC / 4 Ref Frames |
|         entry/segment duration = 163329416 | Format settings, CABAC       : Yes |
|         entry/media time = 1001 | Format settings, RefFrames: 4 frames |
|         entry/media rate = 1 | Codec ID                      : avc1 |
|     [mdia] size=8+471601 | Codec ID/Info                 : Advanced Video Coding |
|       [mdhd] size=12+20 | Duration                      : 30 min 14 s |
|         timescale = 24000 | Bit rate mode                 : Variable |
|         duration = 43554511 | Bit rate                      : 8 718 kb/s |
|         duration(ms) = 1814771 | Maximum bit rate              : 12.0 Mb/s |
|         language = eng | Width                         : 852 pixels |
|       [hdlr] size=12+52 | Height                        : 480 pixels |
|         handler_type = vide | Display aspect ratio          : 16:9 |
|         handler_name = Mainconcept Video Media | Frame rate mode               : Constant |
| Handler | Frame rate                    : 23.976 (24000/1001) FPS |
|       [minf] size=8+471497 | Standard                      : NTSC |
|         [vmhd] size=12+8, flags=1 | Color space                   : YUV |
|           graphics_mode = 0 | Chroma subsampling            : 4:2:0 |

*Forensic Media Services* Denver, CO

```
        op_color = 0000,0000,0000            Bit depth                : 8 bits
    [hdlr] size=12+39                         Scan type                : Progressive
      handler_type = alis                     Bits/(Pixel*Frame)       : 0.889
      handler_name = Alias Data Handler       Stream size              : 1.84 GiB (96%)
    [dinf] size=8+28                          Language                 : English
      [dref] size=12+16                       Encoded date             : UTC 2018-10-31 01:56:04
        [url ] size=12+0, flags=1             Tagged date              : UTC 2018-10-31 01:56:04
          location = [local to file]          Color range              : Limited
    [stbl] size=8+471382                      Color primaries          : BT.601 NTSC
      [stsd] size=12+163                      Transfer characteristics : BT.601
        entry-count = 1                       Matrix coefficients      : BT.601
        [avc1] size=8+151                     Codec configuration box  : avcC
          data_reference_index = 1
          width = 852                       Audio
          height = 480                        ID                       : 2
          compressor = AVC Coding             Format                   : AAC LC
          [avcC] size=8+65                    Format/Info   : Advanced Audio Codec Low Complexity
            Configuration Version = 1         Codec ID                 : mp4a-40-2
            Profile = High                    Duration                 : 30 min 14 s
            Profile Compatibility = 0         Source duration          : 30 min 14 s
            Level = 42                        Bit rate mode            : Variable
            NALU Length Size = 4              Bit rate                 : 317 kb/s
            Sequence Parameter = [67 64 00 2a ac  Maximum bit rate     : 345 kb/s
2c a5 03 60 f7 9f ff c0 00 40 00 54 83 03 03 20 00  Channel(s)           : 2 channels
00 7d 20 00 17 70 1c 4c 00 02 dc 6c 00 01 c9 c3 7e  Channel layout       : L R
31 c1 da 16 2d 16]                            Sampling rate            : 48.0 kHz
            Picture Parameter = [68 e9 09 35 25]  Frame rate           : 46.875 FPS (1024 SPF)
      [stts] size=12+12                       Compression mode         : Lossy
        entry_count = 1                       Stream size              : 68.7 MiB (4%)
      [stss] size=12+7576                     Source stream size       : 68.7 MiB (4%)
        entry_count = 1893                    Language                 : English
      [sdtp] size=8+43515                     Encoded date             : UTC 2018-10-31 01:56:04
      [stsc] size=12+28                       Tagged date              : UTC 2018-10-31 01:56:04
        entry_count = 2
      [stsz] size=12+174052
        sample_size = 0
        sample_count = 43511
      [stco] size=12+17412
        entry_count = 4352
      [ctts] size=12+228532
```

```
         entry_count = 28566
  [trak] size=8+405126
    [tkhd] size=12+80, flags=1
       enabled = 1
       id = 2
       duration = 163329416
       width = 0.000000
       height = 0.000000
    [edts] size=8+28
      [elst] size=12+16
         entry count = 1
         entry/segment duration = 163329416
         entry/media time = 0
         entry/media rate = 1
    [mdia] size=8+404990
      [mdhd] size=12+20
         timescale = 48000
         duration = 87110656
         duration(ms) = 1814805
         language = eng
      [hdlr] size=12+56
         handler_type = soun
         handler_name = Mainconcept MP4 Sound Media
Handler
      [minf] size=8+404882
        [smhd] size=12+4
           balance = 0
        [hdlr] size=12+39
           handler_type = alis
           handler_name = Alias Data Handler
        [dinf] size=8+28
          [dref] size=12+16
             [url ] size=12+0, flags=1
               location = [local to file]
        [stbl] size=8+404771
          [stsd] size=12+79
             entry-count = 1
             [mp4a] size=8+67
               data_reference_index = 1
               channel_count = 2
```

*Forensic Media Services* Denver, CO

```
                     sample_size = 16
                     sample_rate = 48000
                     [esds] size=12+27
                        [ESDescriptor] size=2+25
                          es_id = 0
                          stream_priority = 16
                          [DecoderConfig] size=2+17
                            stream_type = 5
                            object_type = 64
                            up_stream = 0
                            buffer_size = 1536
                            max_bitrate = 345373
                            avg_bitrate = 317375
                            DecoderSpecificInfo = 11 90
                          [Descriptor:06] size=2+1
              [stts] size=12+12
                 entry_count = 1
              [stsc] size=12+46924
                 entry_count = 3910
              [stsz] size=12+340284
                 sample_size = 0
                 sample_count = 85069
              [stco] size=12+17412
                 entry_count = 4352
        [udta] size=8+56
          [.TIM] size=8+15
          [.TSC] size=8+9
          [.TSZ] size=8+8
  [BE7ACFCB97A9-42E8-9C71-9994-91E3AFAC] size=24+5080
  [free] size=8+5072
  [mdat] size=16+2049595398
```

271

272

273

274

275

*Forensic Media Services* Denver, CO

276  **7. Figures**



277

278  Figure 1. Waveform comparison between "INTPERUTOT01.WAV" and

279  "CHUCK_PERUTO_INTERVIEW_053018.mp4" audio signals

280

281



282

283   Figure 2. Power Spectral Density (PSD), Long Term Average Spectrum (LTAS), Long Term

284      Average Sorted Spectrum (LTASS) analyses for "INTPERUTOT01.WAV" left channel

285



286
287
288    Figure 3. Audio Compression Level (ACL) analysis for "INTPERUTOT01.WAV" left channel
289
290

*Forensic Media Services* Denver, CO



291

292    Figure 4. Waveform, Spectrogram, and Modified Discrete Cosine Transform (MDCT) analyses

293                    for "INTPERUTOT01.WAV" left channel

294

295

*Forensic Media Services* Denver, CO

296



297

298  Figure 5. Power Spectral Density (PSD), Long Term Average Spectrum (LTAS), Long Term

299      Average Sorted Spectrum (LTASS) for "INTPERUTOT01.WAV" right channel

300

*Forensic Media Services* Denver, CO

301



302
303

304   Figure 6. Audio Compression Level (ACL) analysis for "INTPERUTOT01.WAV" right channel

305

*Forensic Media Services* Denver, CO

306



307

308  Figure 7. Waveform, Spectrogram, and Modified Discrete Cosine Transform (MDCT) analyses

309             for "INTPERUTOT01.WAV" right channel

310

311



312

313    Figure 8. Power Spectral Density (PSD), Long Term Average Spectrum (LTAS), Long Term

314       Average Sorted Spectrum (LTASS) for reference recording "VOT05.WAV" left channel

315

316



Figure 9. Audio Compression Level (ACL) analysis for reference recording "VOT05.WAV" left channel

321

322



323

324   Figure 10. Waveform, Spectrogram, and Modified Discrete Cosine Transform (MDCT) analyses

325              for reference recording "VOT05.WAV" left channel

326

327



328

329   Figure 11. Power Spectral Density (PSD), Long Term Average Spectrum (LTAS), Long Term
330      Average Sorted Spectrum (LTASS) for reference recording "VOT05.WAV" right channel

*Forensic Media Services* Denver, CO

331

332



Figure 12. Audio Compression Level (ACL) analysis for reference recording "VOT05.WAV" right channel

336

337



338

339   Figure 13. Waveform, Spectrogram, and Modified Discrete Cosine Transform (MDCT) analyses

340            for reference recording "VOT05.WAV" right channel

*Forensic Media Services* Denver, CO

## 8. References

[1] SWGDE Best Practices for Digital Audio Authentication, Version 1.3 (September 20, 2018).

[2] Grigoras C., Smith J.M. (2017) Large Scale Test of Digital Audio Structure and Format for Forensic Analysis, 2017 AES International Conference on Audio Forensics, Arlington VA, USA.

[3] Forensic Audio Analysis Review 2013-2016 by Catalin Grigoras, Jeff M. Smith, and Andrzej Drygajlo. Interpol 18th International Forensic Science Managers Symposium. 2016.

[4] Forensic Audio Analysis Review 2010-2013 by Catalin Grigoras, Jeff M. Smith, Geoffrey Stewart Morrison, and Ewald Enzinger. Interpol 17th International Forensic Science Managers Symposium. 2013.

[5] Grigoras C., and Smith J.M. (2013) Audio Enhancement and Authentication. In: Siegel JA and Saukko PJ (eds.) Encyclopedia of Forensic Sciences, Second Edition, pp. 315-326. Waltham: Academic Press.

[6] Grigoras, C., Rappaport, D., Smith, J. (2012) Analytical Framework for Digital Audio Authentication, AES 46th International Conference, Denver, USA.

[7] Statistical Tools for Multimedia Forensics by Catalin Grigoras. Audio Engineering Society 39th International Conference: Audio Forensics. 2010.