# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. CHARLES PERUTO, JR., : | |
|       Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 18-4468 |
| : | No. 18-4818 |
| ROC NATION, ET AL., : | |
|       Defendants. : | |

## ORDER

This 12th day of June, 2019, upon consideration of Defendants' Motion to Dismiss the Replevin Complaint (ECF No. 28) and Defendants' Motion to Dismiss the Second Amended Wiretap Complaint (ECF No. 53), both of which this Court converted into Motions for Summary Judgment, and upon consideration of the parties' related submissions and oral argument, it is hereby **ORDERED** that both Motions for Summary Judgment are **GRANTED**. Judgment shall be entered in favor of Defendants.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Judge