# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>19-2373 & 19-2374</u>

A. Peruto, Jr. v. Roc Nation LLC, et al

(U.S. District Court Nos.: 2-18-cv-04468 & 2-18-cv-04818)

## ORDER

      In accordance with the motion by the Appellant in the above-captioned cases, the matters are hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     November 21, 2019

DW/cc:
James E. Beasley Jr., Esq.
Michael L. Berry, Esq.
Derek E. Jokelson, Esq.
Joshua M. Peles, Esq.
Elizabeth Seidlin-Bernstein, Esq.
Cameron Stracher, Esq.
Louis F. Tumolo, Esq.
Kim M. Watterson, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate